UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RICHARD JAMES SPRING,                  **INDICTMENT**

       Defendant.
_____/

The Grand Jury charges:

## COUNT 1
**(Threats to Kill and Injure the President)**

Between on or about January 22, 2025, and on or about January 25, 2025, in the Western District of Michigan, Southern Division, the defendant,

**RICHARD JAMES SPRING,**

knowingly and willfully made a threat to take the life of, and to inflict bodily harm upon, the President of the United States, in that he posted the following statements on X: "@realDonaldTrump Ill rape her in front of you, then blow your fucking brains out" and "@realDonaldTrump I promise I will put a bullet in your head."

**18 U.S.C. § 871**

## COUNT 2
### (Interstate Threatening Communication)

Between on or about January 22, 2025, and on or about January 25, 2025, in the Western District of Michigan, Southern Division, the defendant,

**RICHARD JAMES SPRING,**

knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another.  Specifically, RICHARD JAMES SPRING, consciously disregarding a substantial risk that his communications would be viewed as threatening violence, posted the following statements on X:

"@realDonaldTrump Ill rape her in front of you, then blow your fucking brains out"; and

""@realDonaldTrump I promise I will put a bullet in your head."

**18 U.S.C. § 875(c)**

## COUNT 3
**(Threats to Kill and Injure the President)**

On or about January 25, 2025, in the Western District of Michigan, Southern Division, the defendant,

**RICHARD JAMES SPRING,**

knowingly and willfully made a threat to take the life of, and to inflict bodily harm upon, the President of the United States, in that he posted the following statements on TikTok: "ill put a bullet in trumps brain. youre going tk watch your god DIE"; "ill make sure trump gets his brains blown out"; and "ill kill trump. ill spray his fucking brains all over then cum on them."

**18 U.S.C. § 871**

## COUNT 4
**(Interstate Threatening Communication)**

On or about January 25, 2025, in the Western District of Michigan, Southern Division, the defendant,

**RICHARD JAMES SPRING,**

knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another. Specifically, RICHARD JAMES SPRING, consciously disregarding a substantial risk that his communications would be viewed as threatening violence, posted the following statements on TikTok:

"ill put a bullet in trumps brain. youre going tk watch your god DIE";

"ill make sure trump gets his brains blown out;"; and

"ill kill trump. ill spray his fucking brains all over then cum on them."

**18 U.S.C. § 875(c)**

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_____
CLAY STIFFLER
Assistant United States Attorney